IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Joshua Hackman
(full name)                    (Register No).

Plaintiff(s).

v.

St. Louis City Police Department
(Full name)
Nathan Dresch
John Baumgatner
Defendant(s).

Case No. 14-1069-CV-W-BCW-P

Defendants are sued in their (check one):
☐ Individual Capacity
☐ Official Capacity
☑ Both

**COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983**

I. Place of present confinement of plaintiff(s): St. Louis City Medium Security Institution

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Joshua Hackman    Register No. _____
   Address St. Louis City Justice Center
   200 South Tucker, St. Louis, MO 63102

B. Defendant Nathan Dresch
   John Baumgatner
   Is employed as Officers on the St. Louis City Police Department

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment?   Yes ✓   No ☐

IV. Do you request a jury trial?   Yes ✓   No ☐

V. Do you request money damages?   Yes ✓   No ☐

State the amount claimed?   $250,000 / 10,000,000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur?   Yes ☐ No ✓

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?   Yes ☐   No ✓

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?   Yes ☐   No ✓

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

_____

_____

D. If you have not filed a grievance, state the reasons.
Incident did not occur at the institution.
_____

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?   Yes ✓   No ☐

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?   Yes ☐   No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: State of Missouri vs. Joshua Hackman
         (Plaintiff)              (Defendant)
(2) Date filed: 9/11/2012

2

(3) Court where filed: Carnahan Courthouse

(4) Case Number and citation: 1222-CR03934-01

(5) Basic claim made: _____

(6) Date of disposition: 10/27/2014

(7) Disposition: resolved
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: Defendant
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Officers Nathan Dresch and John Baumgatner shot the plaintiff (Joshua Hackman) on July 12, 2012 using extreme and excessive force. I was shot and put on life support for the injuries I sustained from the officers. I barely recovered, but when I did wake after days of being unconscious I had bullet wounds and a colostomy bag.

B. State briefly your legal theory or cite appropriate authority:
In violation of the fourth amendment it is against the law for an officer to use excessive force during any arrest.

3

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments. I would like the court to compensate me for my medical bills and emotional damages caused by the incident.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. _____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes ☐  No ☑

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?   Yes ☐  No ☑

If your answer is "Yes," state the name and address of the lawyer.

_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this __19__ day of __November__ 2014.

_Joshua Hackman_
Signature(s) of Plaintiff(s)

4

Joshua Hackman #144286
C/O
St. Louis City Justice Center
200 South Tucker
St. Louis, MO 63102

SAINT LOUIS MO 630
19 NOV 2014 PM 7 L

St. Louis City Municipal Division
1520 Market St., Ste. 1120
St. Louis, MO 63103

NOV 20 2014

6310326365S

CITY OF ST. LOUIS MUNICIPAL COURT
1520 MARKET STREET, SUITE 1120
ST. LOUIS, MO 63103-2636

RETURN SERVICE REQUESTED

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M     $00.4
0004252426  NOV 24 2
MAILED FROM ZIP CODE 63

RECEIVED
2014 NOV 26 PM
CLK. U.S. DIST. CT.
WEST. DIST. OF MO
KANSAS CITY, MO

CHARLES EVANS WHITTAKER COURTHOUSE
400 EAST 9TH STREET
KANSAS CITY, MISSOURI 64106

JCR-E3B  64106